AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2024 FEB 14 AM 11:23

United States of America
v.
Star Enterprises, Inc.
Defendant

Case No. 24-cr-039 (MAJ)

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/17/24

_[signature]_
Defendant's signature

_[signature]_
Signature of defendant's attorney

LYDIA LIZARRIBAR
Printed name of defendant's attorney

_[signature]_
Judge's signature

Maria Antongiorgi-Jordan, U.S. District Judge
Judge's printed name and title